**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-1062

---

LIZZIE EARLINE GREEN,

Plaintiff - Appellant,

versus

JOHN CHATILLON & SONS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (CA-97-913-1)

---

Submitted:  April 29, 1999            Decided:  May 4, 1999

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lizzie Earline Green, Appellant Pro Se.  David Coventry Smith, Linda L. Helms, ALLMAN, SPRY, LEGGETT & CRUMPLER, P.A., Winston-Salem, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lizzie Earline Green appeals from the district court's order dismissing her employment discrimination action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Green v. John Chatillon & Sons</u>, No. CA-97-913-1 (M.D.N.C. Nov. 16, 1998). We deny Green's motions for appointment of counsel and for mediation and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>